PM Legal- 2043671-DCA
162-01 Powells Cove Blvd
Beechhurst, NY 11357
Phone: (718) 672-1117
Fax: (718) 672-1139
13-3970350

# BATCH INVOICE



Rapaport Law Firm, PLLC
110 Penn Plaza
Suite 2430
New York, NY 10119

Your Contact: Joseph Deblase

Case Number: New York 16-CV-8066
Raul Salas, Maria Saquisili, Genaro Carbajal, Alfredo Perez, Kris K. Rodas, Cesar Olivos, Juan James, individually,
and on behalf of all others similarly Situated
    vs
Phoenix ACV Construction Services, LLC, Phoenix RMA Construction Services LLC, Dinallo Construction
Corporation, Albee Development LLC, and Michael Leineek

## ITEMIZED LISTING

| Job | Date Served | Servee | Quantity | Price | Amount | Amount Due |
|---|---|---|---|---|---|---|
| 2016048217 | 11/7/2016 | Albee Development c/o National Registered Agents, Inc. | | | | $100.00 |
| | Service Fee (Local) | | 1.00 | 100.00 | 100.00 | |
| 2016048219 | 11/8/2016 | Dinallo Construction Corporation c/o Donald N. Dinallo | | | | $200.00 |
| | Service out of New York State | | 1.00 | 200.00 | 200.00 | |
| 2016048220 | 11/25/2016 | Michael Leineek | | | | $200.00 |
| | OUT OF STATE NON-SERVE | | 1.00 | 200.00 | 200.00 | |
| 2016048221 | 12/21/2016 | Michael Leineek | | | | $100.00 |
| | LOCAL NON-SERVE | | 1.00 | 100.00 | 100.00 | |
| 2016048223 | 11/10/2016 | Michael Leineek | | | | $100.00 |
| | Service Fee (Local) | | 1.00 | 100.00 | 100.00 | |
| 2016048224 | 11/11/2016 | Phoenix ACV Construction Services, LLC c/o Michael Leineek | | | | $100.00 |
| | LOCAL BAD ADDRESS | | 1.00 | 100.00 | 100.00 | |
| 2016048225 | 11/10/2016 | Phoenix RMA Construction Services, LLC c/o Karyin Wu | | | | $100.00 |
| | Service Fee (Local) | | 1.00 | 100.00 | 100.00 | |
| | TOTAL CHARGED: | | | 900.00 | | |

| Job | Date Served | Servee | Quantity | Price | Amount | Amount Due |
|-----|-------------|--------|----------|-------|--------|------------|
| | | **TOTAL AMOUNT DUE** | | | | **$900.00** |

Please enclose a copy of this invoice with your payment.

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1e


**PM Legal**

PM Legal, LLC
75 Maiden Lane, 11th Floor
New York, NY 10038
(212) 233-4040
(212) 732-4327 (fax)
info@pmlegal.com

# INVOICE

TAX ID # 13-3970350

Invoice Number: 10121942
Account: RLF-L
Invoice Date: 3/13/2017
**Invoice Total: $140.00**

NA
RAPAPORT LAW FIRM
ONE PENN PLAZA
SUITE 2430
NEW YORK,NY 10119

Route: 70

File # :
Index # : 16-CV-8066
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
RAUL SALAS, ETAL v. , ETAL

| Job # | Served | Servee | Line item detail | Fee Prepaid | Fee | Charge | Job Total |
|---|---|---|---|---|---|---|---|
| 697939 | 2/9/17 | | PHOENIX ACV CONSTRUCTION SERVICES, LLC | | | | $140.00 |
| | | | *SUMMONS AND COMPLAINT CIVIL COVER SHEET* | | | | |
| | | | CHARGE - , | | | 100.00 | |
| | | | SOS FEE ADVANCE | | 40.00 | | |

| | | | | | | **Total Due:** | **$140.00** |
|---|---|---|---|---|---|---|---|

# PM Legal

PM Legal, LLC
75 Maiden Lane, 11th Floor
New York, NY 10038
(212) 233-4040
(212) 732-4327 (fax)
info@pmlegal.com

Please make checks payable to PM Legal, LLC and remit payment to the address below.

| | |
|---|---|
| Invoice Number: | 10121942 |
| Account: : | RLF-L |
| Invoice Date: | 3/13/2017 |
| **Invoice Total:** | **$140.00** |

PM Legal, LLC
75 Maiden Lane, 11th Floor
New York, NY 10038

**Amount Remitted :**

Please enclose this sheet along with your payment.  Thank you very much for your business.