```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAUL SALAS, et al.,

                          **Plaintiffs,**                       **16-CV-08066 (SN)**

         -against-                                          **ORDER**

**PHOENIX ACV CONSTRUCTION SERVICES, LLC, et al.,**

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In this Fair Labor Standards Act case, the parties appeared before the Court on March 20, 2017, for a settlement conference, at which they agreed to the terms of a settlement in principle. On March 21, 2017, the parties consented to my jurisdiction for all purposes under 28 U.S.C. § 636(c). ECF No. 85. On July 18, 2017, the parties filed the settlement agreement for my review. ECF No. 90.

       Having reviewed the proposed settlement under the standard set forth in <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015), the Court determines that it is fair and reasonable. The settlement is approved and this action is dismissed with prejudice.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                  United States Magistrate Judge

DATED:     July 20, 2017
                  New York, New York